■ MARK W. BOROWSKI, Appellant, v UNITED PARCEL SERVICE, INC., Respondent. [663 NYS2d 1021] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.